IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KYNITH UWDIL EL DEY,
an individual,

Plaintiff,

v. CIVIL ACTION NO.: _____

SHERIFF BENJAMIN SITES, in his official and individual capacity;
FRANKLIN COUNTY, PENNSYLVANIA;
ROCKET MORTGAGE, LLC;
BROCK & SCOTT, PLLC;
JOHN AND JANE DOE DEPUTIES 1-2;

Defendants.

FILED
HARRISBURG, PA
NOV 17 2025
PER _____
DEPUTY CLERK

---

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
### (42 U.S.C. § 1983; 14th Amendment; 4th Amendment)

I. PRELIMINARY STATEMENT

1. This action is brought by a pro se litigant. Pursuant to Haines v. Kerner, 404 U.S. 519, 520 (1972), this Court is obligated to hold this Complaint to "less stringent standards than formal pleadings drafted by lawyers" and to liberally construe its allegations.

II. NATURE OF THE ACTION

2. This is an emergency civil rights action arising from an armed, state-sanctioned trespass and a conspiracy to deprive Plaintiff of his home through the enforcement of a void state-court

judgment—a judgment that is null and void because the state court lacked jurisdiction over the indispensable true owner of the property.

III. JURISDICTION AND VENUE

3. This Court has jurisdiction under 28 U.S.C. §§ 1331 (federal question) and 1343 (civil rights). Venue is proper under 28 U.S.C. § 1391(b).

IV. PARTIES

4. Plaintiff KYNITH UWDIL EL DEY is an individual whose home at 3886 Lincoln Way West, Chambersburg, PA is under imminent threat of unlawful seizure.

5. Defendant SHERIFF BENJAMIN SITES is sued in his official and individual capacity.

6. Defendant FRANKLIN COUNTY is a municipal entity responsible for the Sheriff's office policies.

7. Defendants ROCKET MORTGAGE and BROCK & SCOTT are private entities who willfully participated in joint activity with state actors.

8. Defendants JOHN AND JANE DOE DEPUTIES 1&2 are unknown Franklin County deputies whose names will be added when ascertained.

V. FACTUAL ALLEGATIONS

9. THE TRUE OWNER: The paramount title to the property is held by the Ani Suwali Nation, a sovereign indigenous nation. Plaintiff Kynith Uwdil El Dey is the Chief of the Nation.

10. THE JURISDICTIONAL FRAUD: The state-court foreclosure action is VOID AB INITIO because the Plaintiff, Rocket Mortgage, failed to join the Ani Suwali Nation, the indispensable

titleholder, as a party. A court cannot adjudicate rights to property without the true owner being present.

11. THE SECURED INTEREST FRAUD: Furthermore, Plaintiff Kynith Uwdil El Dey, as Trustee

of the Simmons Family Legacy Trust, holds a perfected lien on the property, recorded at Franklin County Instrument #202424377. Defendants Rocket Mortgage and Brock & Scott deliberately concealed this lien from the state court.

12. THE ARMED TRESPASS: On or about August 15th, 2025 Defendant Sheriff Benjamin Sites dispatched multiple armed deputies to Plaintiff's home to execute a writ based on the void judgment. This constituted an unreasonable seizure under the Fourth Amendment.

13. THE CONSPIRACY: The private and state actors conspired to use the color of law to deprive

Plaintiff of his property rights through a legally non-existent judgment.

VI. CAUSES OF ACTION

COUNT I: 42 U.S.C. § 1983 - DEPRIVATION OF PROPERTY WITHOUT DUE PROCESS (14th Amendment)

14. The enforcement of a void judgment (void for failure to join an indispensable party and obtained by fraud) violates Plaintiff's right to due process under the Fourteenth Amendment.

COUNT II: 42 U.S.C. § 1983 - UNREASONABLE SEIZURE (4th Amendment)

15. The armed trespass by sheriff's deputies constituted an unreasonable seizure of Plaintiff's home in violation of the Fourth Amendment.

VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands:

16. TEMPORARY RESTRAINING ORDER immediately halting all foreclosure activities;

17. DECLARATORY JUDGMENT that the state-court judgment is VOID for failure to join an indispensable party;

18. COMPENSATORY DAMAGES of $500,000;

19. PUNITIVE DAMAGES of $1,000,000;

20. ATTORNEY FEES AND COSTS under 42 U.S.C. § 1988; and

21. ANY OTHER RELIEF this Court deems just.

Respectfully submitted,

November 17th 2025

*[signature]*

Kynith Uwdil El Dey
Pro Se Plaintiff
3886 Lincoln Way West
Chambersburg, PA 17202
Email: Thesimmonsfamilylegacytrust@gmail.com

---

## CERTIFICATE OF SERVICE

I, Kynith Uwdil El Dey, hereby certify that a true and correct copy of this Complaint was served upon all Defendants via first-class U.S. Mail and email on __Nov 17th 2025__.

_/s/ Kynith Uwdil El Dey_
Kynith Uwdil El Dey